UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Michi, Lorraine E | § | Case No. 18-25657 |
| | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/12/2018. The undersigned trustee was appointed on 09/12/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---:|---:|
| 4. The trustee realized gross receipts of | $ | 6,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 2.26 |
| Bank Service Fees | | 0.00 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 6,497.74 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/17/2019 and the deadline for filing governmental claims was 03/11/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $1,400.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $1,400.00, for a total compensation of $1,400.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $10.37 for total expenses of $10.37.[2]

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :   03/15/2019                        By :   /s/ Elizabeth C. Berg
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 18-25657 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Michi, Lorraine E | | | Date Filed (f) or Converted (c): | 09/12/2018 (f) |
| | | | | 341(a) Meeting Date: | 10/15/2018 |
| For Period Ending: | 03/15/2019 | | | Claims Bar Date: | 01/17/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 1123 Snow Dr Elburn IL 60119-0000  Real property was co-owned with Debtor's son and daughter-in-law in joint tenancy. Trustee sold Estate's interest back to Debtor pursuant to this Court's order dated 11/9/18 [Dkt. No. 19]. Trustee's report of sale was filed 11/26/18 [Dkt. No. 20]. | 98,967.00 | 6,500.00 | | 6,500.00 | FA |
| 2. Misc household goods and furnishings Location: 1123 Snow Dr, Elburn IL 60119 | 750.00 | 0.00 | | 0.00 | FA |
| 3. TV Location: 1123 Snow Dr, Elburn IL 60119 | 200.00 | 0.00 | | 0.00 | FA |
| 4. Necessary clothing of adult female Location: 1123 Snow Dr, Elburn IL 60119 | 400.00 | 0.00 | | 0.00 | FA |
| 5. Checking Acct #8839 Fifth Third Bank | 500.00 | 0.00 | | 0.00 | FA |
| 6. IRA Fidelity | 9,000.00 | 0.00 | | 0.00 | FA |
| 7. Pension -- 100.86 per month until death Mutual of America | 100.86 | 0.00 | | 0.00 | FA |
| 8. Debtor 1 Lorraine E Michi Case number (if known) Pension - 91.15 per month until death Transamerica | 91.15 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 110,009.01 | 6,500.00 | | 6,500.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**March 15, 2019:** Debtor co-owned her residence with her son and daughter-in-law. The real property was held in joint tenancy. Trustee negotiated with Debtor for a sale of the Estate's interest in the residence back to the Debtor. Pursuant to this Court's order dated November 9, 2018 [Dkt. No. 19], the Trustee was authorized to sell the Estate's interest in the residence back to the Debtor for $6,500.00. Pursuant to the sale order, the Debtor expressly waived any claim for homestead of personal property exemption against the sale proceeds. Trustee recovered the full value of the sale proceeds and filed her report of sale pursuant to Rule 6004(f) on November 26, 2018 [Dkt. No. 20]. After the claims bar date expired, Trustee reviewed the claims and prepared her TFR.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 18-25657 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Michi, Lorraine E | | Date Filed (f) or Converted (c): 09/12/2018 (f) |
| | | 341(a) Meeting Date: 10/15/2018 |
| For Period Ending: 03/15/2019 | | Claims Bar Date: 01/17/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 03/15/2019     **Current Projected Date of Final Report(TFR) :** 03/15/2019

**Trustee's Signature**   /s/Elizabeth C Berg     **Date:** 03/15/2019
Elizabeth C Berg
P. O. Box 2399
Glen Ellyn, IL 60138-2399
Phone : (312) 726-8150

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-25657 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | Michi, Lorraine E | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5450 Checking Account |
| Taxpayer ID No: | **-***6761 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/15/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/16/2018 | [1] | Michi, Lorraine<br>1123 Snow Drive<br>Elburn, IL 60119 | Debtor's purchase of equity in Debtor's residence pursuant to order 11/11/18 [Dkt. 19] | 1110-000 | 6,500.00 | | 6,500.00 |
| 02/13/2019 | 51001 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 2.26 | 6,497.74 |

|  |  |  |
| --- | --- | --- |
| Page Subtotals | 6,500.00 | 2.26 |
| **COLUMN TOTALS** | 6,500.00 | 2.26 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 6,500.00 | 2.26 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 6,500.00 | 2.26 |

| | | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| --- | --- | --- | --- | --- | --- |
| All Accounts Gross Receipts: | 6,500.00 | | | | |
| All Accounts Gross Disbursements: | 2.26 | ******5450 Checking Account | 6,500.00 | 2.26 | |
| All Accounts Net: | 6,497.74 | **Net Totals** | 6,500.00 | 2.26 | 6,497.74 |

| Case: 18-25657 | | | | | | Elizabeth C Berg Trustee |
|---|---|---|---|---|---|---|
| Michi, Lorraine E | | CLAIMS REGISTER | | | | Dated: Mar 15, 2019 |
| | | | | | | EXHIBIT C Page 1 |

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | Elizabeth C. Berg, Trustee PO Box 2399 Glen Ellyn, IL 60138-2399 | 2100-000 ADMIN | Valid To Pay | 1,400.00 | 1,400.00 | 0.00 | 1,400.00 | 0.00 |
| | Elizabeth C. Berg, Trustee PO Box 2399 Glen Ellyn, IL 60138-2399 | 2200-000 ADMIN | Valid To Pay | 10.37 | 10.37 | 0.00 | 10.37 | 0.00 |
| **ADMINISTRATIVE TOTAL** | | | | **1,410.37** | **1,410.37** | **0.00** | **1,410.37** | **0.00** |

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| 00001 | TD Bank, USA by American InfoSource as agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 | 7100-000 UNSEC | Valid To Pay | 564.46 | 564.46 | 0.00 | 446.39 | 118.07 |
| 00002 | Capital One, N.A. c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355 | 7100-000 UNSEC | Valid To Pay | 1,183.55 | 1,183.55 | 0.00 | 935.98 | 247.57 |
| 00003 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 | 7100-000 UNSEC | Valid To Pay | 4,685.35 | 4,685.35 | 0.00 | 3,705.00 | 980.35 |
| **UNSECURED TOTAL** | | | | **6,433.36** | **6,433.36** | **0.00** | **5,087.37** | **1,345.99** |

| | | | | |
|---|---|---|---|---|
| **REPORT TOTALS** | **7,843.73** | **7,843.73** | **0.00** | **6,497.74** | **1,345.99** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-25657
Case Name: Michi, Lorraine E

Trustee Name: Elizabeth C Berg

Balance on Hand $6,497.74

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 1,400.00 | $ 0.00 | $ 1,400.00 |
| Trustee, Expenses: Elizabeth C. Berg, Trustee | $ 10.37 | $ 0.00 | $ 10.37 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,410.37 |
| Remaining Balance | | | $ 5,087.37 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,433.36 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 79.1 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-TFR (5/1/2011) Page 8

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | TD Bank, USA by American InfoSource | $ 564.46 | $ 0.00 | $ 446.39 |
| 00002 | Capital One, N.A. c/o Becket and Lee | $ 1,183.55 | $ 0.00 | $ 935.98 |
| 00003 | Synchrony Bank c/o PRA Receivables | $ 4,685.35 | $ 0.00 | $ 3,705.00 |
| Total to be paid to timely general unsecured creditors | | | | $ 5,087.37 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE